UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------x
SUSAN E. WILLETTE, LAURA BELLES AND JEFF BELLES,
DAVID M. COHEN AND SHIRLEY COHEN, JAN COURIER,
RICARDO GUZMAN, DEBRA A. KING AND ROBERT E.
KING, MARIA M. LAESSIG AND ROBERT E. LAESSING,
HELEN CRUZ MADLA, MARYANN MCGOVRAN AND
HARLEY DUANE MCGOVRAN, H. KENNETH ROSEBERRY,
JR. AND KRISTINA ROSEBERRY, JERRY E. SMITH, DIANA
LYNN SPECTOR AND JAMES R. SPECTOR, II, YVONNE K.
STANKEY, RONALD A. WALLER AND HARRIET WALLER,
SUSAN R. WEISZBROD, CONNIE L. WEYGANDT, AND
BEVERLY MCDUFFIE WHITAKER,

    Plaintiffs.

v.

INDEVUS PHARMACEUTICALS, INC., F/K/A INTERNEURON
PHARMACEUTICALS, INC.;
WYETH, INC., F/K/A AMERICAN HOME
PRODUCTS CORPORATION; WYETH PHARMACEUTICALS,
INC F/K/A WYETH-AYERST PHARMACEUTICALS, INC., A
DIVISION OF AMERICAN HOME PRODUCTS
CORPORATION; AND BOEHRINGER INGELHEIM
PHARMACEUTICALS, INC.; AND JAMES A. EDMONSON;
LINDA L. GONZALES (A/K/A LINDA L. MCELROY);
ARTURO I. GONZALEZ; ANDREW D. MORTON; PATRICIA
M. ULRICH; CHRISTINE K. WAGNER; MARK A. CONRAD;
MAE O. HENCE; DENNIS L. WESTFALL; ELUTHERIO
FARIAS; VIRGINIA F. RILEY; JENNIFER J. FROELICH;
MICHAEL TOPALIAN; DONNA M. WILLIAMS; LISA ELEK;
JOSEPH POTTER, III; KAREN L. SYMON; DON LECOCKE;
RICHARD E. MARTINEZ; ALBERTO RODRIGUEZ, I; DEBBIE
K. ANDERES; MICHAEL B. BARKS; DAVID P. CAUWELS;
THOMAS MEEHAN; DAVID R. MROSKO; PATRICIA M.
TESSENDORE; MICHAEL T. MATANGUIHAN; CHARLES J.
REINERT; KIMBERLE KAREN MADDOX; MARJORIE T.
RYLEE; DANIEL B. BURKE; DEAN L. MARUSAK; A.
DURWOOD NEIE; JOSEPH BOSWELL; JAMES V. NASH;
LISA SABBAGH; GINA M. SANDERS; GREGORY GARNER;
JENNIFER L. KOELZ; RODNEY D. MILLER; DAVID E.
ANDERSON; MARK D. COOK; BRUCE R. STEWART; PAUL
D. BOWERS; DWANE LYLE HANSON; SHANNA MIDLAND;
DAVID J. SCHADE; ANTHONY J. CAIN AND JOHN DOE,

    Defendants.
------------------------------------x

Civil Action
No. 04-11429-GAO

## **NOTICE OF APPEARANCE**

    Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: July 13, 2004                                Respectfully submitted,
    Boston, Massachusetts

                                                    /s/Matthew J. Matule
                                                    Matthew J. Matule (BBO #632075)
                                                    SKADDEN, ARPS, SLATE,
Of Counsel:                                        MEAGHER & FLOM LLP
Barbara Wrubel                           One Beacon Street
Katherine Armstrong                   Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,          (617) 573-4800
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                            Counsel for Defendant
                                            Boehringer Ingelheim Pharmaceuticals, Inc