UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

SUSAN E. WILLETTE, LAURA BELLES AND JEFF BELLES, DAVID M. COHEN AND SHIRLEY COHEN, JAN COURIER, RICARDO GUZMAN, DEBRA A. KING AND ROBERT E. KING, MARIA M. LAESSIG AND ROBERT E. LAESSING, HELEN CRUZ MADLA, MARYANN MCGOVRAN AND HARLEY DUANE MCGOVRAN, H. KENNETH ROSEBERRY, JR. AND KRISTINA ROSEBERRY, JERRY E. SMITH, DIANA LYNN SPECTOR AND JAMES R. SPECTOR, II, YVONNE K. STANKEY, RONALD A. WALLER AND HARRIET WALLER, SUSAN R. WEISZBROD, CONNIE L. WEYGANDT, AND BEVERLY MCDUFFIE WHITAKER,

    Plaintiffs.

v.

INDEVUS PHARMACEUTICALS, INC., F/K/A INTERNEURON PHARMACEUTICALS, INC.; WYETH, INC., F/K/A AMERICAN HOME PRODUCTS CORPORATION; WYETH PHARMACEUTICALS, INC F/K/A WYETH-AYERST PHARMACEUTICALS, INC., A DIVISION OF AMERICAN HOME PRODUCTS CORPORATION; AND BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.; AND JAMES A. EDMONSON; LINDA L. GONZALES (A/K/A LINDA L. MCELROY); ARTURO I. GONZALEZ; ANDREW D. MORTON; PATRICIA M. ULRICH; CHRISTINE K. WAGNER; MARK A. CONRAD; MAE O. HENCE; DENNIS L. WESTFALL; ELUTHERIO FARIAS; VIRGINIA F. RILEY; JENNIFER J. FROELICH; MICHAEL TOPALIAN; DONNA M. WILLIAMS; LISA ELEK; JOSEPH POTTER, III; KAREN L. SYMON; DON LECOCKE; RICHARD E. MARTINEZ; ALBERTO RODRIGUEZ, I; DEBBIE K. ANDERES; MICHAEL B. BARKS; DAVID P. CAUWELS; THOMAS MEEHAN; DAVID R. MROSKO; PATRICIA M. TESSENDORE; MICHAEL T. MATANGUIHAN; CHARLES J. REINERT; KIMBERLE KAREN MADDOX; MARJORIE T. RYLEE; DANIEL B. BURKE; DEAN L. MARUSAK; A. DURWOOD NEIE; JOSEPH BOSWELL; JAMES V. NASH; LISA SABBAGH; GINA M. SANDERS; GREGORY GARNER; JENNIFER L. KOELZ; RODNEY D. MILLER; DAVID E. ANDERSON; MARK D. COOK; BRUCE R. STEWART; PAUL D. BOWERS; DWANE LYLE HANSON; SHANNA MIDLAND; DAVID J. SCHADE; ANTHONY J. CAIN AND JOHN DOE,

    Defendants.

Civil Action
No. 04-11429-GAO

---

**CORPORATE DISCLOSURE STATEMENT**
**OF DEFENDANT BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, defendant Boehringer Ingelheim Pharmaceuticals, Inc. hereby submits the following corporate disclosure statement: The ultimate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is C.H. Boehringer Sohn.  The immediate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is Boehringer Ingelheim Corporation, which is a subsidiary of C.H. Boehringer Sohn.  No publicly held corporation owns 10% or more of the stock of Boehringer Ingelheim Pharmaceuticals, Inc.

Dated:  July 13, 2004
      Boston, Massachusetts

Respectfully submitted,

/s/Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Of Counsel:
Barbara Wrubel
Katherine Armstrong
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000

Counsel for Defendant
Boehringer Ingelheim Pharmaceuticals, Inc.