UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SUSAN E. WILLETTE, LAURA BELLES AND JEFF BELLES, DAVID M. COHEN AND SHIRLEY COHEN, JAN COURIER, RICARDO GUZMAN, DEBRA A. KING AND ROBERT E. KING, MARIA M. LAESSIG AND ROBERT E. LAESSING, HELEN CRUZ MADLA, MARYANN MCGOVRAN AND HARLEY DUANE MCGOVRAN, H. KENNETH ROSEBERRY, JR. AND KRISTINA ROSEBERRY, JERRY E. SMITH, DIANA LYNN SPECTOR AND JAMES R. SPECTOR, II, YVONNE K. STANKEY, RONALD A. WALLER AND HARRIET WALLER, SUSAN R. WEISZBROD, CONNIE L. WEYGANDT, AND BEVERLY MCDUFFIE WHITAKER,

    Plaintiffs,

v.

INDEVUS PHARMACEUTICALS, INC., F/K/A INTERNEURON PHARMACEUTICALS, INC.; WYETH, INC., F/K/A AMERICAN HOME PRODUCTS CORPORATION; WYETH PHARMACEUTICALS, INC F/K/A WYETH-AYERST PHARMACEUTICALS, INC., A DIVISION OF AMERICAN HOME PRODUCTS CORPORATION; AND BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.; AND JAMES A. EDMONSON; LINDA L. GONZALES (A/K/A LINDA L. MCELROY); ARTURO I. GONZALEZ; ANDREW D. MORTON; PATRICIA M. ULRICH; CHRISTINE K. WAGNER; MARK A. CONRAD; MAE O. HENCE; DENNIS L. WESTFALL; ELUTHERIO FARIAS; VIRGINIA F. RILEY; JENNIFER J. FROELICH; MICHAEL TOPALIAN; DONNA M. WILLIAMS; LISA ELEK; JOSEPH POTTER, III; KAREN L. SYMON; DON LECOCKE; RICHARD E. MARTINEZ; ALBERTO RODRIGUEZ, I; DEBBIE K. ANDERES; MICHAEL B. BARKS; DAVID P. CAUWELS; THOMAS MEEHAN; DAVID R. MROSKO; PATRICIA M. TESSENDORE; MICHAEL T. MATANGUIHAN; CHARLES J. REINERT; KIMBERLE KAREN MADDOX; MARJORIE T. RYLEE; DANIEL B. BURKE; DEAN L. MARUSAK; A. DURWOOD NEIE; JOSEPH BOSWELL; JAMES V. NASH; LISA SABBAGH; GINA M. SANDERS; GREGORY GARNER; JENNIFER L. KOELZ; RODNEY D. MILLER; DAVID E. ANDERSON; MARK D. COOK; BRUCE R. STEWART; PAUL D. BOWERS; DWANE LYLE HANSON; SHANNA MIDLAND; DAVID J. SCHADE; ANTHONY J. CAIN AND JOHN DOE,

    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action
No. 04-11429-GAO

**NOTICE OF APPEARANCE**

Please enter our appearance as counsel of record for Defendant Indevus Pharmaceuticals, Inc. in the above-captioned action.

| | |
|---|---|
| Dated:  July 29, 2004<br>         Boston, Massachusetts | Respectfully submitted, |
| | /s/Matthew J. Matule<br>Matthew J. Matule (BBO #632075)<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP |
| Of Counsel:<br>Barbara Wrubel<br>Katherine Armstrong<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-3000 | One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800<br><br><br>Counsel for Defendant<br>Indevus Pharmaceuticals, Inc. |